NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SONY CORPORATION,**
*Appellant*

**v.**

**FUJIFILM CORPORATION,**
*Appellee*

---

2018-1421

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-01183.

---

**JUDGMENT**

---

MATTHEW A. SMITH, Smith Baluch LLP, Menlo Park, CA, argued for appellant.

ELIOT DAMON WILLIAMS, Baker Botts LLP, Palo Alto, CA, argued for appellee. Also represented by DAVID TOBIN, Dallas, TX; ROBERT LAWRENCE MAIER, ROBERT C. SCHEINFELD, New York, NY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| February 8, 2019 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |